IN THE COURT OF APPEALS, THIRD DISTRICT OF TEXAS,



AT AUSTIN




 





NO. 3-93-433-CV





STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,



 APPELLANT


vs.





FRED MADEN AND BOBBIE MADEN, INDIVIDUALLY AND AS NEXT FRIENDS


FOR VERNON MADEN AND ALBERT MADEN,



 APPELLEES



 




FROM THE DISTRICT COURT OF TRAVIS COUNTY, 147TH JUDICIAL DISTRICT



NO. 91-0455, HONORABLE JAMES R. MEYERS, JUDGE PRESIDING



 




PER CURIAM



 Appellant has filed a motion to dismiss this appeal. The motion is granted. Tex.
R. App. P. 59(a).

 The appeal is dismissed.


Before Justices Powers, Jones and Kidd

Dismissed on Appellant's Motion

Filed: October 6, 1993

Do Not Publish